796 A.2d 889

ADRIENNE O'TOOLE, ET AL., PLAINTIFFS–MOVANTS, v. PAUL J. CARR, ET AL., DEFENDANTS–RESPONDENTS.

April 3, 2002.

## ORDER

Leave to appeal is granted.